04-14503

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 18 PM 12: 46

ROBERT ~~ ~ ~ROLIO
CLERK, ~~~ DIST. CT.
W/D OF TN, MEMPHIS

| | |
|---|---|
| TAMI BICKFORD, NEXT FRIEND OF DAVID MICHAEL SPOON,<br><br>PLAINTIFF,<br><br>V.<br><br>LAUDERDALE COUNTY, TENNESSEE LAUDERDALE COUNTY SCHOOL SYSTEM, JIMMY DOUGLAS, TODD WHITE, PHILLIP MORRIS, LAUDERDALE COUNTY SHERIFF'S DEPARTMENT, LAUDERDALE COUNTY JUVENILE COURT, CITY OF RIPLEY POLICE DEPARTMENT AND JOHN DOES 1-10,<br><br>DEFENDANT. | No. 03 2953 BP |

## STIPULATION OF DISMISSAL

Come now the Plaintiffs and Defendants and would set forth that the above reference cause should be dismissed with prejudice as to Jimmy Douglas and the Lauderdale County Board of Education.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this cause is dismissed with prejudice as to Jimmy Douglas and the Lauderdale County Board of Education.

IT IS FURTHER ORDERED that costs of this cause are taxed against the Plaintiffs for which execution may issue if necessary.

Entered this _18th_ day of _May_, 2005.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-18-05

(38)

_____
JUDGE J. Daniel Breen

APROVED FOR ENTRY:

_____
J. Barney Witherington IV    w/ permission
Attorney for Plaintiffs       Jennifer K. Craig
P.O. Box 922
Covington, TN 38019

_____
Thomas Caldwell              w/ permission
Attorney for Defendant Phillip Morris    Jennifer K. Craig
114 Jefferson Street
Ripley, TN 38063

_____
Mike Dunavant                w/ permission
Attorney for Defendant Todd White    Jennifer K. Craig
P.O. Box 150
Ripley, TN 38063-0150

_____
Kemper Durand                w/ permission
Thomason, H, H, J, & M       Jennifer K. Craig
Attorneys for Defendant Lauderdale County
One Commerce Sq., 29th Floor
Memphis, TN 38103

Waldrop and Hall

By: _____
Charles M. Purcell (012461)
Jennifer K. Craig (020036)
Attorneys for Defendants
116 N. Church St., 1st Floor
Jackson, Tennessee 38301
(731) 424-6211

## CERTIFICATE OF SERVICE

This is to certify that I served a copy of this pleading or papers in person or by mail upon each attorney or firm of attorneys appearing of record for each adverse party on or before the filing date thereof.

DATE: This the 11th day of May, 2005.

WALDROP & HALL, P.A.

By: *Jennifer Kay*

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:03-CV-02953 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Jennifer Craig
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

J. Thomas Caldwell
CALDWELL & FITZHUGH
114 Jefferson Street
Ripley, TN 38063

J. Barney Witherington
LAW OFFICE OF J. BARNEY WITHERINGTON IV
P.O. Box 922
Covington, TN 38019

Michael W. Whitaker
WHITAKER LAW FIRM
P.O. Box 1024
Covington, TN 38019

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

David Michael Dunavant
CARNEY WILDER & DUNAVANT
Bank of Ripley Building
Ripley, TN 38063

Charles M. Purcell
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

Michael E. Keeney
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable J. Breen
US DISTRICT COURT