IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

TAMI BICKFORD, NEXT FRIEND
OF DAVID MICHAEL SPOON,

    Plaintiffs,

vs.                                              No. __03 2953 BP__

LAUDERDALE COUNTY, TENNESSEE,
LAUDERDALE COUNTY SCHOOL
SYSTEM, JIMMY DOUGLAS,
TODD WHITE, PHILLIP MORRIS,
LAUDERDALE COUNTY SHERIFF'S DEPARTMENT,
LAUDERDALE COUNTY JUVENILE COURT, CITY
OF RIPLEY POLICE DEPARTMENT AND
JOHN DOES 1-10,

    Defendants.

## ORDER TO EXTEND DEADLINE TO FILE PLAINTIFF'S PROPOSED PRE-TRIAL ORDER

FOR GOOD CAUSE having been shown, it is hereby ordered that the due date to file Plaintiff's Proposed Pre-Trial Order is hereby extended for two (2) days through June 8, 2005.

_____
JUDGE

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 6-7-05

1

(40)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:03-CV-02953 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

J. Barney Witherington
LAW OFFICE OF J. BARNEY WITHERINGTON IV
P.O. Box 922
Covington, TN 38019

David Michael Dunavant
CARNEY WILDER & DUNAVANT
Bank of Ripley Building
Ripley, TN 38063

J. Thomas Caldwell
CALDWELL & FITZHUGH
114 Jefferson Street
Ripley, TN 38063

Michael E. Keeney
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Jennifer Craig
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

Michael W. Whitaker
WHITAKER LAW FIRM
7054 Highway 64
Oakland, TN 38060

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Charles M. Purcell
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

Honorable J. Breen
US DISTRICT COURT