IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

TAMI BICKFORD, Next Friend
of DAVID MICHAEL SPOON,

    Plaintiff,

v.
                            No. 03-2953-B/P

LAUDERDALE COUNTY, TENNESSEE,
TODD WHITE and PHILLIP MORRIS,

    Defendants.

## ORDER ON MOTION FOR ADMISSION PRO HAC VICE

Mr. Jim Waide has moved to appear pro hac vice for plaintiff in this action. Mr. Waide is licensed to practice law in the State of Mississippi, and is a member in good standing of the United States District Courts for the Northern and Southern District of Mississippi, the United States Court of Appeals for the Fifth Circuit and the United States Supreme Court. For good cause shown, that motion is granted. It is hereby ordered that Jim Waide be admitted pro hac vice and may actively participate in this action before this court.

IT IS SO ORDERED.

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

June 17, 2005
_____
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-20-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:03-CV-02953 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

Jim Waide
WAIDE & ASSOCIATES, P.A.
P.O. Box 1357
Tupelo, MS 38802

J. Thomas Caldwell
CALDWELL & FITZHUGH
114 Jefferson Street
Ripley, TN 38063

Michael W. Whitaker
WHITAKER LAW FIRM
7054 Highway 64
Oakland, TN 38060

J. Barney Witherington
LAW OFFICE OF J. BARNEY WITHERINGTON IV
P.O. Box 922
Covington, TN 38019

Charles M. Purcell
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

Jennifer Craig
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

David Michael Dunavant
CARNEY WILDER & DUNAVANT
Bank of Ripley Building
Ripley, TN 38063

Michael E. Keeney
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable J. Breen
US DISTRICT COURT