IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

TAMI BICKFORD, next friend
of DAVID MICHAEL SPOON,

    Plaintiff,

vs.

No. 03 - 2953

LAUDERDALE COUNTY, TENNESSEE,
TODD WHITE, and PHILLIP
MORRIS,

    Defendants.

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

The plaintiff sued Lauderdale County, Tennessee, and several of its agencies, along with Phillip Morris and Todd White.[1] During the trial, at the close of the plaintiff's proof, the court granted the motion of the defendant Lauderdale County for judgment in its favor as a matter of law pursuant to Rule 50(a) of the Federal Rules of Civil Procedure on the basis that there was no legally sufficient evidentiary basis for a reasonable jury to find for the plaintiff against Lauderdale County and that Lauderdale County was entitled to judgment in its favor as a matter of law..

Following this ruling by the court, the remaining parties[2] announced to the court that the matters in controversy had been compromised and settled and that this case could be dismissed with prejudice with each party bearing his or its own costs..

The Chancery Court for Lauderdale County having approved the compromise settlement between the plaintiff and his representative on the one hand and the remaining defendants on the other, it appears to the court that this matter should be dismissed as to

---

[1] Other defendants have been dismissed from this litigation earlier.

[2] The remaining parties were Todd White and Phillip Morris.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-26-05



**Consent Order of Dismissal, Page Two**

all parties.

THEREFORE, it is **ORDERED** that this case is hereby dismissed with prejudice, with each party bearing his or its own costs.

This 26th day of September, 2005.

J. Daniel Breen
United States District Judge

J. Barney Witherington, IV

s/ J. Barney Witherington IV by KB Durand
Attorney for Plaintiff
w/ permission

THOMASON, HENDRIX, HARVEY, JOHNSON & MITCHELL, PLLC

By: Kemper B. Durand
Kemper B. Durand
Attorney for Lauderdale County

CARNEY, WILDER & DUNAVANT

By: s/ David Michael Dunavant by KB Durand
David Michael Dunavant
Attorney for Todd White
w/ permission

s/ J. Thomas Caldwell by KB Durand
J. Thomas Caldwell
Attorney for Phillip Morris
w/ permission

2

Case 2:03-cv-02953-JDB-tmp   Document 54   Filed 09/26/05   Page 3 of 4    PageID 77

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 2:03-CV-02953 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

J. Thomas Caldwell
CALDWELL & FITZHUGH
114 Jefferson Street
Ripley, TN 38063

Jim Waide
WAIDE & ASSOCIATES, P.A.
P.O. Box 1357
Tupelo, MS 38802

Michael E. Keeney
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Jennifer Craig
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

J. Barney Witherington
LAW OFFICE OF J. BARNEY WITHERINGTON IV
P.O. Box 922
Covington, TN 38019

Michael W. Whitaker
WHITAKER LAW FIRM
7054 Highway 64
Oakland, TN 38060

David Michael Dunavant
CARNEY WILDER & DUNAVANT
Bank of Ripley Building
Ripley, TN 38063

Charles M. Purcell
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

Honorable J. Breen
US DISTRICT COURT