# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| TAMI BICKFORD, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| V. | |
| LAUDERDALE COUNTY, TENNESSEE, et al., | CASE NO: 2:03-2953-B |
| Defendants. | |

This action came on for trial before the Court and a jury on June 20, 2005, the Honorable J. Daniel Breen, U.S. District Judge, presiding;

At the conclusion of defendant's proof, the Court concluded that, when the facts are viewed in the light most favorable to plaintiff, no reasonable jury could return a verdict against the defendant, Lauderdale County, Tennessee, and granted defendant's motion for judgment as a matter of law. The Court also entered a Consent Order Of Dismissal With Prejudice on September 26, 2005 as to the remaining two defendants, Todd White and Phillip Morris.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of defendant, Lauderdale County, Tennessee, and that plaintiff, Tami Bickford, take nothing, and that the action is hereby dismissed against it on the merits.

**IT IS FURTHER ORDERED** that based on the Consent Order Of Dismissal With Prejudice, this case is hereby dismissed with prejudice in it's entirety.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

9/28/05
Date

THOMAS M. GOULD
_____
Clerk of Court

_Earline Grayer_
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-28-05

(55)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 55 in case 2:03-CV-02953 was distributed by fax, mail, or direct printing on September 28, 2005 to the parties listed.

---

Jim Waide
WAIDE & ASSOCIATES, P.A.
P.O. Box 1357
Tupelo, MS 38802

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

David Michael Dunavant
CARNEY WILDER & DUNAVANT
Bank of Ripley Building
Ripley, TN 38063

Jennifer Craig
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

J. Thomas Caldwell
CALDWELL & FITZHUGH
114 Jefferson Street
Ripley, TN 38063

Charles M. Purcell
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

Michael E. Keeney
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

J. Barney Witherington
LAW OFFICE OF J. BARNEY WITHERINGTON IV
P.O. Box 922
Covington, TN 38019

Michael W. Whitaker
WHITAKER LAW FIRM
7054 Highway 64
Oakland, TN 38060

Honorable J. Breen
US DISTRICT COURT